FILED

2022 SEP -7 PM 4: 11

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

GARY M. RESTAINO
United States Attorney
District of Arizona
KEVIN D. SCHIFF
Assistant United States Attorney
State Bar No.: 024193
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520.620.7300
Email: kevin.schiff@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | **CR22-01947 TUC-JAS(LAB)** |
| Plaintiff, | **I N D I C T M E N T** |
| vs. | Violation:<br>8 U.S.C. § 1326(a)(enhanced by<br>8 U.S.C. § 1326(b)(1)) |
| Omar Gonsalez,<br>aka Olvin Omar Guerra-Gonsalez, | (Reentry of Removed Alien) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

On or about August 13, 2022, in the District of Arizona, to wit: at or near Sasabe, Omar Gonsalez, aka Olvin Omar Guerra-Gonsalez, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Houston, Texas, on or about January 8, 2019, and not having obtained the express consent of the Attorney General or the Secretary of the Department

///

1  of Homeland Security to reapply for admission thereto; in violation of Title 8, United States

2  Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1).

3                                    A TRUE BILL

4                                        / S /

5                          FOREPERSON OF THE GRAND JURY
6                          Dated:      September 7, 2022

7  GARY M. RESTAINO
   United States Attorney
   District of Arizona

8                                    REDACTED FOR
                                     PUBLIC DISCLOSURE
9       / S /

10 KEVIN D. SCHIFF
   Assistant United States Attorney

*United States of America v. Omar Gonsalez*
*Indictment Page 2 of 2*